IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00103-MSK-PAC

JOHN PRYMAK,
LILLIAN PRYMAK,
PAUL PRYMAK,
PRESTON SMITH,
SHEILA SMITH,
RITCHIE SMITH,
JANE SPECKETER,
ANTHONY PISANI,
PATRICIA PISANI,
LESLIE DAVIS,
MARJORIE DALE DAVIS,
DARREL LONGLEY,
VERA LONGLEY,
ROBERT DALEY,
BRENDA DALEY,
KENNETH N. PORCHETTA,
LINDA RADLEY,
MARIE MLACNIK,
THE TUCKER FAMILY INVESTMENTS, LLP,
RICHARD WARREN,
HELEN BARKER,
GARY WHITAKER,
PHYLLIS WHITAKER,
MARCY RICE,
JAMES RICE,
MICHAEL J. VETTE,
BRYAN VETTE,
WILLIAM J. KITCHING,
FLOROANN MILANN,
HELENA LOEWEN,
RUSSELL A. BUTTACAVOLI,
RICHARD BRICE,
PAULA BRICE,
CHAD LUCERO,
SHAWN CULLEN,
JONATHAN SENDOR,
VIRGINIA SENDOR,
JILL SENDOR-LAYCHAK,
DOUGLAS LAYCHAK,

ALI GIDFAR,
MARYAM ZIRAKZAKEH,
MANOUCHEHR ZIRAKZADEH,
SHAHIN ZIRAKZADEH,
CHARLES B. DAVIS,
CHRISTOPHER OLSON,
SANDY OLSON
TEDD SABUS,
TIMOTHY J. GILLACH,
LISA SEEBERGER,
SCOTT SEEBERGER,
JOAN E. McELWAIN,
HARLEY J. KIRSCHENMANN,
CAROL J. KIRSCHENMANN,
PRISCILLA J. DRESSEN,
LEROY MATTICKS,
EDWARD MORROW,
ROBERTA MORROW,
IRENE VALVERDE,
ROBERT VALVERDE,
JAMES FAVILLE,
MARIAN FAVILLE,
DAVID SOBERNHEIM,
MYRNA SOBERNHEIM
JAMES E. LOSHER,
ROBERT WESTON, and
VELVA WESTON,

   Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

   Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

  IT IS ORDERED that, as to any exhibits and depositions to be used during this case,

counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days

after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 18th day of January, 2007

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge