IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00103-MSK-PAC

JOHN PRYMAK,
LILLIAN PRYMAK,
PAUL PRYMAK,
PRESTON SMITH,
SHEILA SMITH,
RITCHIE SMITH,
JANE SPECKETER,
ANTHONY PISANI,
PATRICIA PISANI,
LESLIE DAVIS,
MARJORIE DALE DAVIS,
DARREL LONGLEY,
VERA LONGLEY,
ROBERT DALEY,
BRENDA DALEY,
KENNETH N. PORCHETTA,
LINDA RADLEY,
MARIE MLACNIK,
THE TUCKER FAMILY INVESTMENTS, LLP,
RICHARD WARREN,
HELEN BARKER,
GARY WHITAKER,
PHYLLIS WHITAKER,
MARCY RICE,
JAMES RICE,
MICHAEL J. VETTE,
BRYAN VETTE,
WILLIAM J. KITCHING,
FLOROANN MILANN,
HELENA LOEWEN,
RUSSELL A. BUTTACAVOLI,
RICHARD BRICE,
PAULA BRICE,
CHAD LUCERO,
SHAWN CULLEN,
JONATHAN SENDOR,
VIRGINIA SENDOR,
JILLSENDOR-LAYCHAK,
ALI GIDFAR,

MARYAM ZIRAKZAKEH,
MANOUCHEHR ZIRAKZADEH,
SHAHIN ZIRAKZADEH,
CHARLES B. DAVIS,
CHRISTOPHER OLSON,
SANDY OLSON
TEDD SABUS,
TIMOTHY J. GILLACH,
LISA SEEBERGER,
SCOTT SEEBERGER,
JOAN E. McELWAIN,
HARLEY J. KIRSCHENMANN,
CAROL J. KIRSCHENMANN,
PRISCILLA J. DRESSEN,
LEROY MATTICKS,
EDWARD MORROW,
ROBERTA MORROW,
IRENE VALVERDE,
ROBERT VALVERDE,
JAMES FAVILLE,
MARIAN FAVILLE,
DAVID SOBERNHEIM,
MYRNA SOBERNHEIM
JAMES E. LOSHER,
ROBERT WESTON, and
VELVA WESTON,

   Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

   Defendants.

---

## ORDER OF RECUSAL

---

  THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to

28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her

recusal in this matter due to a member of her staff being related to two of the plaintiffs.

Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 19th day of January, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge