**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Gudrun J. Rice**

**Civil Action No.: 07-cv-00103-EWN-PAC**     **FTR** - Reporter Deck - Courtroom A-501
**Date:**  June 28, 2007                      Courtroom Deputy, Ellen E. Miller
_____

JOHN PRYMAK,                                  William R. Fishman
LILLIAN PRYMAK,
PAUL PRYMAK,
PRESTON SMITH,
SHEILA SMITH,
JANE SPECKETER,
ANTHONY PISANI,
PATRICIA PISANI,
LESLIE DAVIS,
MARJORIE DALE DAVIS,
DARREL LONGLEY,
VERA LONGLEY,
ROBERT DALEY,
BRENDA DALEY,
KENNETH N. PORCHETTA,
LINDA RADLEY,
MARIE MLACNIK,
THE TUCKER FAMILY INVESTMENTS, LLP,
RICHARD WARREN,
HELEN BARKER,
GARY WHITAKER,
PHYLLIS WHITAKER,
MARCY RICE,
JAMES RICE,
MICHAEL J. VETTE,
BRYAN VETTE,
WILLIAM J. KITCHING,
FLOROANN MILANN,
HELENA LOEWEN,
RUSSELL A. BUTTACAVOLI,
RICHARD BRICE,
PAULA BRICE,
CHAD LUCERO,
SHAWN CULLEN,

JONATHAN  SENDOR,
VIRGINIA  SENDOR,
JILL  SENDOR-LAYCHAK,
DOUGLAS  LAYCHAK,
ALI  GIDFAR,
MARYAM  ZIRAKZAKEH,
MANOUCHEHR  ZIRAKZADEH,
SHAHIN  ZIRAKZADEH,
CHARLES B.  DAVIS,
CHRISTOPHER  OLSON,
SANDY  OLSON
TEDD SABUS,
TIMOTHY J. GILLACH,
LISA  SEEBERGER,
SCOTT  SEEBERGER,
JOAN E.  McELWAIN,
HARLEY J.  KIRSCHENMANN,
CAROL J.  KIRSCHENMANN,
PRISCILLA J.  DRESSEN,
LEROY  MATTICKS,
EDWARD  MORROW,
ROBERTA  MORROW,
IRENE  VALVERDE,
ROBERT  VALVERDE,
JAMES  FAVILLE,
MARIAN  FAVILLE,
DAVID  SOBERNHEIM,
MYRNA  SOBERNHEIM
JAMES E.  LOSHER,
ROBERT  WESTON,
VELVA  WESTON,
VIVIAN  KALLAS, and
FRED  FRALEY,

    **Plaintiff(s)**,

v.

CONTEMPORARY  FINANCIAL  SOLUTIONS, INC., and     Craig R.  Bockman
MUTUAL  SERVICE  CORPORATION     Christopher T.  Sullivan

    **Defendant(s).**

_____
**COURTROOM   MINUTES  /  MINUTE  ORDER**

Page 2 of  3

**HEARING:  STATUS  CONFERENCE**
**Court in Session:**     4:00  p.m.
Court calls case.    Appearance of counsel.

The status of the case is discussed.  Counsel note the ruling on the  Motion to Bifurcate and Motion to Dismiss   will have significant impact on the direction of discovery. The parties anticipate scheduling  some depositions next month.

**It is ORDERED:** Plaintiffs' MOTION FOR PROTECTIVE ORDER PURSUANT TO F.R.C.P. 26(c)   [Docket No. **50,** Filed June 25, 2007]    is **HELD IN ABEYANCE**.   The motion will be considered in due course when fully briefed.

**It is ORDERED:** A PRELIMINARY  PRETRIAL CONFERENCE is set
**October  18,  2007** at  **9:30  a.m.**
Courtroom A-501,  Fifth Floor,   Alfred A. Arraj United States Courthouse,  901  19th Street,   Denver, Colorado   80294

**It is ORDERED:** A  SETTLEMENT  CONFERENCE  is  set
**SEPTEMBER  27, 2007** at  **1:30  p.m.**
Courtroom A-501,  Fifth Floor,   Alfred A. Arraj United States Courthouse,  901  19th Street,   Denver, Colorado   80294

If this date is not available for the parties who must be present at  the Settlement Conference, counsel shall   contact Chambers   (303) 844-4892     with at least two (2) mutually agreeable dates  for re-setting the Settlement Conference.

If,  as the case progresses and the Settlement Conference date draws  closer, the parties determine the Settlement Conference would not be productive, counsel shall file an appropriate motion to request the Settlement Conference be reset.

HEARING CONCLUDES.

**Court in recess:**    4:17   p.m.
Total In-Court Time:     00:17

To order a transcript of this hearing,   please contact   Avery Woods Reporting   (303)825-6119