IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00103-EWN-PAC

JOHN PRYMAK,
LILLIAN PRYMAK,
PAUL PRYMAK,
PRESTON SMITH,
RITCHIE SMITH,
JANE SPECKETER,
ANTHONY PISANI,
PATRICIA PISANI,
LESLIE DAVIS,
MARJORIE DALE DAVIS,
DARREL LONGLEY,
VERA LONGLEY,
ROBERT DALEY,
BRENDA DALEY,
KENNETH N. PORCHETTA,
LINDA RADLEY,
MARIE MLACNIK,
THE TUCKER FAMILY INVESTMENTS, LLP,
RICHARD WARREN,
HELEN BARKER,
GARY WHITAKER,
PHYLLIS WHITAKER,
MARCY RICE,
JAMES RICE,
MICHAEL J. VETTE,
BRYAN VETTE,
WILLIAM J. KITCHING,
FLOROANN MILANN,
HELENA LOEWEN,
RUSSELL A. BUTTACAVOLI,
RICHARD BRICE,
PAULA BRICE,
CHAD LUCERO,
SHAWN CULLEN,
JONATHAN SENDOR,
VIRGINIA SENDOR,
JILL SENDOR-LAYCHAK,
ALI GIDFAR,

MARYAM ZIRAKZAKEH,
MANOUCHEHR ZIRAKZADEH,
SHAHIN ZIRAKZADEH,
CHARLES B. DAVIS,
CHRISTOPHER OLSON,
SANDY OLSON
TEDD SABUS,
TIMOTHY J. GILLACH,
LISA SEEBERGER,
SCOTT SEEBERGER,
JOAN E. McELWAIN,
HARLEY J. KIRSCHENMANN,
CAROL J. KIRSCHENMANN,
PRISCILLA J. DRESSEN,
LEROY MATTICKS,
EDWARD MORROW,
ROBERTA MORROW,
IRENE VALVERDE,
ROBERT VALVERDE,
JAMES FAVILLE,
MARIAN FAVILLE,
DAVID SOBERNHEIM,
MYRNA SOBERNHEIM
JAMES E. LOSHER,
ROBERT WESTON,
VELVA WESTON,
VIVIAN KALLAS,  and
FRED   FRALEY,

     Plaintiff(s),

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION

     Defendant(s).
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

It is hereby **ORDERED** that Plaintiffs' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)(docket no. 50) is DENIED and each party shall pay their own attorney fees and costs for this motion.  In this case, Plaintiffs have alleged two claims for common law fraud in the Complaint.  Plaintiffs now objects to interrogatories 9 through 17, inclusive that Defendants propounded on the ground that such information that is being requested in these interrogatories are "wholly irrelevant to Defendants' liability."  *See* Subject Motion (docket no. 50) at 12-14.  These disputed interrogatories seek information concerning the Plaintiffs' education (interrogatory 9); their employment background (interrogatories 10 and 11); their business experience (interrogatories 11, 12, and 13); and their investment experience, knowledge and sophistication (interrogatories 12, 13, 14, 15, 16 and 17).  Here, the court finds that such interrogatories are calculated to lead to discovery of admissible evidence shall be permitted under Fed. R. Civ. P. 26.

It is FURTHER **ORDERED** that Plaintiffs shall provide responses to Defendants' Interrogatories 9 through 17, inclusive on or before August 10, 2007.

It is FURTHER **ORDERED** that Plaintiffs' responses to Defendants' interrogatories 9 through 17, inclusive may be used for this limited purpose of this case only and no other purpose.

           BY THE COURT:

           s/Michael J. Watanabe
           MICHAEL J. WATANABE
           US Magistrate Judge

Dated:  July 24, 2007 in Denver, Colorado