IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk          Date: October 12, 2007
Therese Lindblom, Court Reporter

Civil Action No. 07–cv–00103–EWN–KLM

| *Parties:* | *Counsel:* |
|---|---|
| JOHN PRYMAK, et al, | William Fishman |
| Plaintiffs, | |
| v. | |
| CONTEMPORARY FINANCIAL SOLUTIONS, INC., and MUTUAL SERVICE CORPORATION, | Craig Bockman and William Nelson |
| Defendants. | |

### COURTROOM MINUTES

**Motion Hearing**

**3:32 p.m.**     Court in session.

Discussion regarding consideration of proposal for an exemplar trial.

Discussion regarding possibility of a mixed verdict and collateral estoppel.

Discussion regarding scheduling of trial and estimated length of trial.

**ORDERED:**     **The Parties' Joint Motion for an Exemplar Trial and a Partial Stay or Limitation of Discovery (#81, filed September 7, 2007) is GRANTED. The Exemplar Trial will consist of four plaintiffs, two chosen by the defendants, two chosen by the plaintiffs.**

*Courtroom Minutes*
*07-cv-00103-EWN-KLM*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

Discussion regarding intention to file a motion to continue the preliminary pretrial conference. Court suggests that counsel file any such motion by Monday, October 15, 2007.

**3:47 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:15