# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00103-EWN-~~BNB~~ KMT

JOHN PRYMAK, et al.

    Plaintiffs,

vs.

CONTEMPORARY FINANCIAL SOLUTIONS, INC. and
MUTUAL SERVICE CORPORATION

    Defendants.

## ORDER RE: PLAINTIFFS' MOTION TO DEPOSE
## ROBERT O. BRYANT PURSUANT TO Fed.R.Civ.P. 30(a)(2)

THIS COURT having reviewed Plaintiffs' Motion to Depose Robert O. Bryant pursuant to Fed.R.Civ.P. 30(a)(2) hereby orders that:

(A)    The Plaintiffs are given leave to depose Robert O. Bryant by videotaped deposition at a date and time to be agreed upon between the parties, the respective counsel and the Colorado Department of Corrections; and

(B)    Mr. Bryant's deposition must be scheduled, noticed and completed no later than the close of business June 23, 2008 or forty-five days prior to any trial set in this matter, whichever first occurs.

Dated: May 05, 2008

BY THE COURT:

**KATHLEEN M. TAFOYA**
**United States Magistrate Judge**