IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00103–EWN–KMT


JOHN PRYMAK,
LILLIAN PRYMAK,
PAUL PRYMAK,
PRESTON SMITH,
SHEILA SMITH,
JANE SPECKETER,
ANTHONY PISANI,
PATRICIA PISANI,
LESLIE DAVIS,
MARJORIE DALE DAVIS,
DARREL LONGLEY,
VERA LONGLEY,
ROBERT DALEY,
BRENDA DALEY,
KENNETH N. PORCHETTA,
LINDA RADLEY,
MARIE MLACNIK,
THE TUCKER FAMILY INVESTMENTS,
LLP,
RICHARD WARREN,
HELEN BARKER,
GARY WHITAKER,
PHYLLIS WHITAKER,
MARCY RICE,
JAMES RICE,
MICHAEL J. VETTE,
BRYAN VETTE,
WILLIAM J. KITCHING,
FLOROANN MILANN,
HELENA LOEWEN,
RUSSELL A. BUTTACAVOLI,
RICHARD BRICE,
PAULA BRICE,
CHAD LUCERO,
SHAWN CULLEN,
JONATHAN SENDOR,

VIRGINIA SENDOR,
JILL SENDOR-LAYCHAK,
DOUGLAS LAYCHAK,
ALI GIDFAR,
MARYAM ZIRAKZAKEH,
MANOUCHEHR ZIRAKZADEH,
SHAHIN ZIRAKZADEH,
CHARLES B. DAVIS,
CHRISTOPHER OLSON,
SANDY OLSON
TEDD SABUS,
TIMOTHY J. GILLACH,
LISA SEEBERGER,
SCOTT SEEBERGER,
JOAN E. McELWAIN,
HARLEY J. KIRSCHENMANN,
CAROL J. KIRSCHENMANN,
PRISCILLA J. DRESSEN,
LEROY MATTICKS,
EDWARD MORROW,
ROBERTA MORROW,
IRENE VALVERDE,
ROBERT VALVERDE,
JAMES FAVILLE,
MARIAN FAVILLE,
DAVID SOBERNHEIM,
MYRNA SOBERNHEIM
JAMES E. LOSHER,
ROBERT WESTON,
VELVA WESTON,
VIVIAN KALLAS, and
FRED FRALEY,

      Plaintiffs,

v.

CONTEMPORARY FINANCIAL
SOLUTIONS, INC., and
MUTUAL SERVICE CORPORATION,

Defendants.

---

## ORDER

---

This matter is before the court on "Reply of Defendants Contemporary Financial

Solution, Inc. and Mutual Service Corporation in Support of Defendants' Motion for Summary

Judgment," filed February 19, 2008. After perusing Defendants' brief, the court has concluded

that rule violations require the document to be stricken and re-filed.

Defendants' brief fails to comport with this court's practice standard concerning reply

briefs filed in support of motions for summary judgment, which requires:

> In a separate section styled "Response Concerning Disputed Facts" (with respect
> to each fact which the opposing party, pursuant to paragraph 5, claims to be in
> dispute), either admit that the fact is disputed or supply a *brief* factual explanation
> for his position that the fact is undisputed, accompanied by a ***specific reference*** to
> material in the record which establishes that the fact is undisputed. This will be
> done in paragraphs numbered to correspond with the opposing party's paragraph
> numbering.

(Practice Standards — Civil: Special Instructions Concerning Mots. for Summ. J. ¶ 6(b)

[emphasis in original]; *see also id.* ¶ 2 [defining "specific reference"].)

Defendants' brief also disregards an additional practice standard:

> The sole purpose of these procedures is to establish facts and determine which of
> them are in dispute. *Legal* argument is not permitted here and should be reserved
> for separate portions of the briefs. If it is believed that an established fact is
> immaterial, for example, that belief should be expressed in the part of the briefs
> devoted to legal argument, and the fact should be admitted. If, on the other hand,
> it is believed that the reference to material in the record simply does not support
> the claimed fact, that factual argument may appropriately be made pursuant to
> these procedures.

(*Id.* ¶ 7 [emphasis in original].)

Based on the foregoing it is therefore ORDERED that:

1.      DEFENDANTS' reply brief (# 156) is STRICKEN.

2.      Defendants have ten days from the date of this order to submit a compliant reply

brief.

Dated this 11th day of August, 2008.

                                        BY THE COURT:


                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge