IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00103-MSK-KMT

JOHN PRYMAK;
LILLIAN PRYMAK;
PAUL PRYMAK;
PRESTON SMITH;
SHEILA SMITH;
JANE SPECKETER;
ANTHONY PISANI;
PATRICIA PISANI;
LESLIE DAVIS;
MARJORIE DALE DAVIS;
DARREL LONGLEY;
VERA LONGLEY;
ROBERT DALEY;
BRENDA DALEY;
KENNETH N. PORCHETTA;
LINDA RADLEY;
MARIE MLACNIK;
THE TUCKER FAMILY INVESTMENTS, LLP;
RICHARD WARREN;
HELEN BARKER;
GARY WHITAKER;
PHYLLIS WHITAKER;
MARCY RICE;
JAMES RICE;
MICHAEL J. VETTE;
BRYAN VETTE;
WILLIAM J. KITCHING;
FLOROANN MILANN;
HELENA LOEWEN;
RUSSELL A. BUTTACAVOLI;
RICHARD BRICE;
PAULA BRICE;
CHAD LUCERO;
SHAWNA CULLEN;
JONATHAN SENDOR;
VIRGINIA SENDOR;
JILL SENDOR-LAYCHAK;
DOUGLAS LAYCHAK;
ALI GIDFAR;
MARYAM ZIRAKZADEH;

MANOUCHEHR ZIRAKZADEH;
SHAHIN ZIRAKZADEH;
CHARLES B. DAVIS;
CHRISTOPHER OLSON;
SANDY OLSON;
TEDD SABUS;
TIMOTHY J. GILLACH;
LISA SEEBERGER;
SCOTT SEEBERGER;
JOAN E. MCELWAIN;
HARLEY J. KIRSCHENMANN;
CAROL J. KIRSCHENMANN;
PRISCILLA J. DRESSEN;
LEROY MATTICKS;
EDWARD MORROW;
ROBERTA MORROW;
IRENE VALVERDE;
ROBERT VALVERDE;
JAMES FAVILLE;
MARIAN FAVILLE;
DAVID SOBERNHEIM;
MYRNA SOBERNHEIM;
JAMES E. LOSHER;
ROBERT WESTON;
VELVA WESTON;
VIVIAN KALLAS; and
FRED FRALEY,

   Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC.; and
MUTUAL SERVICE CORPORATION,

   Defendants.

**ORDER DENYING REQUEST FOR DISMISSAL OF PARTIES
OR CLAIMS WITH LEAVE TO REFILE**

  THIS MATTER comes before the Court on the Motion by Plaintiffs Christopher Olson,

Sandy Olson, Richard Brice and Paula Higgins-Brice to Dismiss Their Claims Pursuant to

Fed.R.Civ.P. 41(a)(2) (Motion) **(#190)** filed November 11, 2008. Having reviewed the Motion, the Court,

**FINDS** that:

1. The Motion seeks to voluntarily dismiss parties and/or claims from this action, but does not appear to completely dismiss the action as a whole.

2. In the interests of efficiency and economy, it is necessary to identify the parties and claims remaining and to ascertain the effect the proposed dismissal will have upon the trial.

**IT IS THEREFORE ORDERED** that:

1. The Motion **(#190)** is **DENIED** with leave to refile the Motion and proposed order **within 10 days**.

2. Such newly filed motion shall:

    a) Use the complete caption of the case, including the names of all parties to the action;

    b) Identify all parties to be dismissed and the parties remaining;

    c) Identify all claims to be dismissed and all claims that will remain. The claims shall be identified by the title given that claim in the original pleadings;

    d) Identify all pending motions that are resolved by the dismissal and all pending motions that remain. Pending motions shall be identified by the docket entry number assigned by the Clerk of the District Court;

    e) State, briefly, the anticipated impact of the dismissal on the time required for trial and any other trial efficiencies.

3. If the newly filed Motion contains the signatures of all counsel and *pro se* parties, it

will be treated as an unopposed motion and the order will be issued promptly. If, however, the motion does not contain the signature of all counsel and *pro se* parties, it shall be served on same and no Order shall be entered until the time for objection has passed.

DATED this 12th day of November, 2008.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge