IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00103-MSK-KMT

JOHN PRYMAK;
LILLIAN PRYMAK;
PAUL PRYMAK;
PRESTON SMITH;
SHEILA SMITH;
JANE SPECKETER;
ANTHONY PISANI;
PATRICIA PISANI;
LESLIE DAVIS;
MARJORIE DALE DAVIS;
DARREL LONGLEY;
VERA LONGLEY;
ROBERT DALEY;
BRENDA DALEY;
KENNETH N. PORCHETTA;
LINDA RADLEY;
MARIE MLACNIK;
THE TUCKER FAMILY INVESTMENTS, LLP;
RICHARD WARREN;
HELEN BARKER;
GARY WHITAKER;
PHYLLIS WHITAKER;
MARCY RICE;
JAMES RICE;
MICHAEL J. VETTE;
BRYAN VETTE;
WILLIAM J. KITCHING;
FLOROANN MILANN;
HELENA LOEWEN;
RUSSELL A. BUTTACAVOLI;
RICHARD BRICE;
PAULA BRICE;
CHAD LUCERO;
SHAWNA CULLEN;
JONATHAN SENDOR;
VIRGINIA SENDOR;
JILL SENDOR-LAYCHAK;
DOUGLAS LAYCHAK;
ALI GIDFAR;
MARYAM ZIRAKZADEH;

MANOUCHEHR ZIRAKZADEH;
SHAHIN ZIRAKZADEH;
CHARLES B. DAVIS;
CHRISTOPHER OLSON;
SANDY OLSON;
TEDD SABUS;
TIMOTHY J. GILLACH;
LISA SEEBERGER;
SCOTT SEEBERGER;
JOAN E. MCELWAIN;
HARLEY J. KIRSCHENMANN;
CAROL J. KIRSCHENMANN;
PRISCILLA J. DRESSEN;
LEROY MATTICKS;
EDWARD MORROW;
ROBERTA MORROW;
IRENE VALVERDE;
ROBERT VALVERDE;
JAMES FAVILLE;
MARIAN FAVILLE;
DAVID SOBERNHEIM;
MYRNA SOBERNHEIM;
JAMES E. LOSHER;
ROBERT WESTON;
VELVA WESTON;
VIVIAN KALLAS; and
FRED FRALEY,

        Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC.; and
MUTUAL SERVICE CORPORATION,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Motion for Dismissal With Prejudice **(#194)** filed January 29, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned

matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 29th day of January, 2009.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge